UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM MATZKE,

    Plaintiff,

Case No. 2:15-CV-53

v.

HON. GORDON J. QUIST

DANIEL HEYNS, et al.,

    Defendants.
_____/

# ORDER
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's May 16, 2017, Report and Recommendation recommending that Plaintiff's motion for injunctive relief be denied. The Report and Recommendation was duly served on the parties on May 16, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the May 16, 2017, Report and Recommendation (ECF No. 43) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Injunction (ECF No. 35) is **DENIED**.

Dated: June 6, 2017

       /s/ Gordon J. Quist
       GORDON J. QUIST
       UNITED STATES DISTRICT JUDGE